

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00238-CV

Erasmo **FIGUEROA**,
Appellant

v.

**VILLAS OF VISTA DEL NORTE**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV01973
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on September 9, 2015, and was filed on October 27, 2015. The brief did not comply with Texas Rule of Appellate Procedure 38.1. On November 10, 2015, this Court ordered appellant file an amended brief in compliance with Rule 38.1 on or before November 25, 2015. Appellant was cautioned that if the amended brief was not filed by this date or did not correct the cited violations, the Court could strike the brief and prohibit appellant from filing another pursuant to Texas Rule of Appellate Procedure 38.9(a).

Appellant failed to file the amended brief, but filed a motion for extension of time, stating his pro se status made it difficult to comply timely. This Court allowed Appellant to December 16, 2015 to file the amended brief. Appellant, again, requests additional time to file his amended brief, stating health problems prevented him from timely complying with the Court's order.

The Court has allowed Appellant significant time to file a compliant brief. Appellant is ORDERED to file a brief on or before December 31, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.** If the amended brief with Certificate of Service is not filed on or before December 31, 2015 or does not correct the noticed violations, this Court will strike the non-compliant brief and will dismiss this appeal. *See* TEX. R. APP. P. 38.9(a), 42.3(b),(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.



_____

Keith E. Hottle
Clerk of Court